IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATRAUN DECOLE GLOVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-10-1313-C |
| | ) | |
| JAMES RUDEK, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on March 28, 2011. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 17) is adopted and the Petition is dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2011.

ROBIN J. CAUTHRON
United States District Judge